**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000631**
**06-NOV-2015**
**08:40 AM**

NO. CAAP-15-0000631

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

In the Interest of AL, AL, WM

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-S NO. 15-00035)

ORDER APPROVING THE OCTOBER 13, 2015
"STIPULATION FOR DISMISSAL"
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the "Stipulation for Dismissal" filed on October 13, 2015, and the record, it appears that (1) Father-Appellant to WAM, Appellee Department of Human Services, Mother-Appellee, Appellee Guardian At Litem, and Appellee-Father to AJL and AGL stipulate to dismiss appeal in No. CAAP-15-0000631; (2) the parties' attorneys have signed the stipulation; (3) the stipulation provides that the parties are to pay their own costs and attorney's fees; (4) the appeal has been docketed; (5) no payment of filing fees is due; and (6) Hawai'i Rules of Appellate Procedure Rule 42(b) provides, "If the parties to a

docketed appeal or other proceeding sign and file a stipulation for dismissal, specifying the terms as to payment of costs, and pay whatever fees are due, the case shall be dismissed upon approval of the appellate court[.]"

Therefore, IT IS HEREBY ORDERED that Appeal No. CAAP-15-0000631 is dismissed.

DATED: Honolulu, Hawai'i, November 6, 2015.

Chief Judge

Associate Judge

Associate Judge

-2-